IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIA DEL CARMEN MEDINA TOVAR
and ADRIAN ALONSO MARTINEZ,                3:17-cv-00719-BR

      Plaintiffs,                         JUDGMENT

v.

LAURA B. ZUCHOWSKI, Director,
Vermont Service Center, United
States Citizenship and
Immigration Services; JOHN F.
KELLY, Secretary, Department
of Homeland Security; and
JEFFERSON B. SESSIONS, United
States Attorney General,

      Defendants.

BROWN, Judge.

    Pursuant to the Court's Opinion and Order issued December 18, 2017, Judgment is hereby entered in favor of Defendants and this matter is **DISMISSED with prejudice**.

    IT IS SO ORDERED.

    DATED this 18th day of December, 2017.

                                      /s/ Anna J. Brown
                                 ANNA J. BROWN
                                 United States Senior District Judge

1 - JUDGMENT