IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARIA DEL CARMEN MEDINA TOVAR and ADRIAN ALONSO MARTINEZ, | 3:17-cv-00719-BR |
| Plaintiffs, | AMENDED JUDGMENT |
| v. | |
| LAURA B. ZUCHOWSKI, Director, Vermont Service Center, United States Citizenship and Immigration Services; JOHN F. KELLY, Secretary, Department of Homeland Security; and JEFFERSON B. SESSIONS, United States Attorney General, | |
| Defendants. | |

BROWN, Judge.

Pursuant to the Court's Opinion and Order issued December 15, 2017, Judgment is hereby entered in favor of Defendants and this matter is **DISMISSED with prejudice.**

IT IS SO ORDERED.

DATED this 18th day of December, 2017.

_____
ANNA J. BROWN
United States Senior District Judge

1 - JUDGMENT